UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SHELDON P. JOHNSON,

                             Plaintiff,          **ORDER ON MOTION TO DISMISS**

    - against -                          No. 24-CV-7639 (CS)

C.O. CLINTON THOMAS, *et al.*,

                         Defendants.
----------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record at the July 1, 2026 conference, the Defendants' motion to dismiss, (ECF No. 71), is GRANTED in part and DENIED in part. The case will go forward on the following claims: (1) retaliation and conspiracy against Thomas, Knight, and Gonzalez; (2) First Amendment retaliation against Capra for excluding Plaintiff from ILC meetings and authorizing a strip search; (3) conditions of confinement/deliberate indifference against Jackson, Helms, and Larsen based on the temperature in the infirmary; (4) deliberate indifference against Kachappily for delay in treatment; and (5) First Amendment retaliation against Larsen.


**SO ORDERED.**

Dated: July 1, 2026
       White Plains, New York

                                  _____
                                    CATHY SEIBEL, U.S.D.J.