

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

July 22, 2026

**VIA ECF**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Sheldon P. Johnson v. Corrections Officer Clinton Thomas, et al.*, 24-CV-7639

Dear Judge Seibel:

I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, and I am presently assigned to the case. Currently, I represent the remaining defendants in this action: CLINTON THOMAS (ECF #52), CESAR GONZALEZ (ECF #68), THOMAS KNIGHT (ECF #16), ALBERT HELMS (ECF #26), MICHAEL CAPRA (ECF #22), S. KACHAPPILLY (ECF #11), LATASHA JACKSON (ECF #17), MARK LARSEN (ECF #53).[1]

At the July 1, 2026, conference after Your Honor's decision and order the Defendants were directed to serve and file their answer to Plaintiff's amended complaint (ECF #33) by July 31, 2026. (*see generally* Dkt. Entry #84 and Minute Entry).

Presently, I am submitting this letter motion for an extension of time to file an answer due to unforeseen personal circumstances. I am submitting an email, in-camera, to Mr. Clark (the Deputy Clerk) with additional information. However, for personal reasons I do not want the information disclosed on the docket or to the Plaintiff.

I am requesting an extension of time to file an answer until August 31, 2026. This is my first request for an extension of time to file an answer after the Court's decision on the motion to dismiss. (ECF #84).

I have not consulted with the Plaintiff in relation to this letter motion because as explained in my secondary email to Mr. Clark I will be in and out of the office on a varied basis the next two weeks.

Respectfully submitted,

*Robert Feliu*

Robert Feliu
Assistant Attorney General

---

[1] The other defendants were all dismissed with prejudice on July 1, 2026, per Your Honor's decision and order on the Defendants' motion to dismiss. (*see* ECF #84).